# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD K. GAMSON and<br>LOWELL E. CANADAY | *<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | *   Civil Action No. 14-527 (JEB)<br>* |
| BRITISH AIRWAYS PLC | *<br>* |
| Defendant. | * |

## DEFENDANT'S RESPONSE TO
## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Defendant British Airways Plc ("British Airways"), by counsel, hereby consents to Plaintiffs' Motion for Extension of Time (Dkt. No. 5).  Plaintiff Edward Gamson had sought British Airways's consent to Plaintiffs' motion by sending the undersigned an email at 9:27 p.m. on April 17, 2014, and the undersigned responded by email with British Airways's consent on April 18, 2014 at 3:29 p.m.

Respectfully submitted,

Dated:  April 21, 2014

/s/ Kenneth S. Nankin
Kenneth S. Nankin (DC Bar No. 420058)
Nankin & Verma PLLC
4550 Montgomery Avenue, Suite 775N
Bethesda, Maryland  20814
(202) 463-4911
(202) 463-6177 fax
ksn@nankin.com

Counsel for Defendant British Airways Plc

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2014, I served the foregoing DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME and the accompanying NOTICE OF ELECTRONIC FILING by delivering true and correct copies thereof by first class U.S. mail, postage prepaid, to:

>Edward K. Gamson
>1901 23rd Street, NW
>Washington, DC  20008
>Plaintiff *Pro Se*
>
>Lowell E. Canaday
>1901 23rd Street, NW
>Washington, DC  20008
>Plaintiff *Pro Se*

>/s/ Kenneth S. Nankin
>Kenneth S. Nankin (DC Bar No. 420058)
>Nankin & Verma PLLC
>4550 Montgomery Avenue, Suite 775N
>Bethesda, Maryland  20814
>(202) 463-4911
>(202) 463-6177 fax
>ksn@nankin.com
>
>Counsel for Defendant British Airways Plc