UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD K. GAMSON and <br> LOWELL E. CANADAY <br><br> Plaintiffs, <br><br> v. <br><br> BRITISH AIRWAYS PLC <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> *    Civil Action No. 14-527 (JEB) <br> * <br> * <br> * <br> * |

## **O R D E R**

Upon consideration of Plaintiffs' Motions for Remand to the D.C. Superior Court and for Punitive Damages for Defendant's Abuse of the Judicial Process, the Opposition thereto of Defendant British Airways Plc and the full record in this case, it is

ORDERED that Plaintiffs' Motions for Remand to the D.C. Superior Court and for Punitive Damages for Defendant's Abuse of the Judicial Process are DENIED.

IT IS SO ORDERED.


Dated: _____     _____
                                            JAMES E. BOASBERG
                                            United States District Judge

Copies to:

Plaintiff Edward K. Gamson (via U.S. mail)
1901 23rd Street, NW
Washington, DC  20008

Plaintiff Lowell E. Canaday (via U.S. mail)
1901 23rd Street, NW
Washington, DC  20008

Defendant (via ECF)