UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDWARD K. GAMSON,** *et al.*,

    **Plaintiffs,**

        v.

**BRITISH AIRWAYS, PLC,**

    **Defendant.**

Civil Action No. 14-527 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is DENIED;

2. Plaintiffs' Motion for Punitive Damages is DENIED; and

3. The case is REMANDED to the D.C. Superior Court

IT IS SO ORDERED.

                                              */s/ James E. Boasberg*
                                              JAMES E. BOASBERG
                                              United States District Judge

Date: June 5, 2014